**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1965**

———————

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a/k/a
MassMutual Insurance Company, 1295 State Street,
Springfield, MA 01111,

                 Plaintiff – Appellee,

    v.

EVELYN R. SINKLER,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:10-cv-00336-PJM)

———————

Submitted: October 11, 2012      Decided: October 15, 2012

———————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Evelyn R. Sinkler, Appellant Pro Se. Bryan David Bolton, Michael
Patrick Cunningham, Justin Sean Landreth, FUNK & BOLTON, PA,
Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn R. Sinkler appeals the district court's order granting summary judgment in favor of the Appellee on its claim for a declatory judgment regarding its responsibilities under a disability insurance policy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Massachusetts Mut. Life Ins. Co., No. 8:10-cv-00336-PJM (D. Md. July 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED